

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2013

No. 04-12-00843-CR

Charles B. **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0559-CR
Honorable Gary L. Steel, Judge Presiding

## O R D E R

The appellee's brief was originally due to be filed on July 25, 2013. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to August 26, 2013. On August 27, 2013, the appellee filed a motion requesting an additional extension of time to file the brief until September 25, 2013, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by September 25, 2013, or the case will be set "at issue" and will be submitted without the appellee's brief.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court